1  Daniel R. Price (NV Bar No. 13564)
   Christopher Beckstrom (NV Bar No. 14031)
2  Jasmin N. Stewart (NV Bar No. 16008)
   Janice J. Parker (NV Bar No. 14102)
3  PRICE & BECKSTROM
   1404 S. Jones Blvd.
4  Las Vegas, Nevada 89146
   Phone: (702) 941-0503
5  Fax: (702) 832-4026
   info@pbnv.law
6  *Attorneys for Plaintiffs*

7  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

| PEDRO LOPEZ-VILLASENOR; MARIA LOPEZ; | Case No. 2:24-cv-00726-RFB-EJY |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT ALLSTATE'S MOTION TO STAY [ECF NO. 38]** |
| RICHARD A. HARVEY; TREITON MAYBEE; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ROE INSURERS I-V; ROE CLAIM HANDLERS I-V; | |
| Defendants. | |

On February 18, 2015, Defendant Allstate Fire and Casualty Insurance Company ("Allstate") filed Defendant Allstate's Motion to Stay [ECF No. 38]. Responses to the motion are due in the normal course on March 4, 2025. The parties do hereby stipulate and agree to extend the deadline to respond to Defendant Allstate's Motion to Stay [ECF No. 38] to March 11, 2025. The extension is not made for purposes of delay, but is intended to provide the parties additional time to possibly resolve the pending motion without involvement of this Court.

/ / /

IT IS STIPULATED that the new deadline for responses to Defendant Allstate's Motion to Stay [ECF No. 38] is March 11, 2025.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: February 27, 2025 | Dated: February 27, 2025 |
| PRICE & BECKSTROM | PYATT SILVESTRI |
| /s/ Christopher Beckstrom | /s/ Jose Carmona (with permission) |
| Daniel R. Price, Esq. | James P.C. Silvestri, Esq. |
| Christopher Beckstrom, Esq. | Jose Carmona, Esq. |
| *Attorneys for Plaintiffs Maria Lopez and Pedro Lopez-Villasenor* | Gavin W. Dean, Esq. |
| | *Attorneys for Defendants Allstate Fire and Casualty Insurance Company* |
| Dated: February 27, 2025 | Dated: February 27, 2025 |
| BIGHORN LAW | LERNER & ROWE INJURY ATTORNEYS |
| /s/ Ryan Loosvelt (with permission) | /s/ Randolph Westbrook (with permission) |
| Kimball Jones, Esq. | Joseph F. Schmitt, Esq. |
| Ryan Loosvelt, Esq. | Randolph L. Westbrook, Esq. |
| *Attorneys for Defendant Treiton Maybee* | *Attorneys for Defendant Richard Harvey* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 28, 2025