Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PEDRO LOPEZ-VILLASENOR; MARIA LOPEZ;<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD A. HARVEY; TREITON MAYBEE; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ROE INSURERS I-V; ROE CLAIM HANDLERS I-V;<br><br>Defendants. | Case No.: 2:24-cv-00726-RFB-EJY<br><br>**Stipulation to Temporarily Lift Stay to Order the Dismissal of Treiton Maybee** |

COME NOW all parties appearing in the above-captioned action, through their respective undersigned counsel, and stipulate as follows:

1. The above-captioned matter is currently under stay pursuant to the parties' stipulation and this Court's May 27, 2025, Minute Order in Chambers [ECF No. 45].

2. Subsequent to the implementation of a stay, a settlement agreement was reached resolving all of Defendant Treiton Maybee's claims asserted against Plaintiff Pedro Lopez-Villasenor, Plaintiff Maria Lopez, and Defendant Allstate Fire and Casualty Insurance Company arising from the March 2023 automobile accident and ensuing insurance claim.

3. The parties agree, pursuant to the settlement of Treiton Maybee's claims, that the stay in this action be temporarily lifted for the sole purpose of dismissing Defendant Treiton Maybee from this matter, with prejudice, with each party to bear its own attorney fees and costs.

4. The parties further agree that subsequent to Maybee's dismissal, the stay be reinstated in the above-captioned case until the final resolution of Richard A. Harvey's state court personal injury lawsuit, which remains ongoing.

IT IS SO STIPULATED this 5th day of January, 2026, by:

PRICE & BECKSTROM

*/s/ Christopher Beckstrom*
Daniel R. Price, Esq.
Christopher Beckstrom, Esq.
*Attorneys for Plaintiffs Maria Lopez and Pedro Lopez-Villasenor*

PYATT SILVESTRI

/s/ *Jose Carmona*
James P.C. Silvestri, Esq.
Jose Carmona, Esq.
*Attorneys for Defendants Allstate Fire and Casualty Insurance Company*

BIGHORN LAW

/s/ *Ryan Loosvelt*
Kimball Jones, Esq.
Ryan Loosvelt, Esq.
*Attorneys for Defendant Treiton Maybee*

LERNER & ROWE INJURY ATTORNEYS

/s/ *Joseph F. Schmitt*
Joseph F. Schmitt, Esq.
Randolph L. Westbrook, Esq.
*Attorneys for Defendant Richard Harvey*

**IT IS SO ORDERED**:

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** January 6, 2025.

— 2 —